AUGUST 30, 1979

No. 78–1695.   ANGELA COMPANIA NAVIERA, S. A. *v.* PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK.   C. A. 2d Cir. Certiorari dismissed under this Court's Rule 60.